UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID HOLBROOK, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-03474 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner at Ironwood State Prison ("ISP") in Blythe, California, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against the Warden of ISP and medical personnel. Dkt. No. 1. The complaint seeks damages for deliberate indifference to serious medical needs and related state law claims. *Id.* at 5-6. Because the acts complained of occurred in Riverside County, which lies within the venue of the Eastern Division of the Central District of California, *see* 28 U.S.C. § 84(c)(1), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED: June 12, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2024\3474Price_transfer(CD)