UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

KEVIN MARQUIS PRICE,

                    Plaintiff,

        v.

DAVID HOLBROOK, et. al.,

                    Defendants.

Case No. ED CV 24-01256-JGB (AS)

**ORDER ACCEPTING FINDINGS,**

**CONCLUSIONS AND RECOMMNEDATIONS OF**

**UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, the Report and Recommendation of a United States Magistrate Judge (Dkt. No. 62, the "Report"), and Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Dkt. No. 63). Pursuant to 28 U.S.C. §636(b)(1)(C) and Fed.R.Civ.P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which Objections were directed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) the motion to dismiss, filed by Defendants Holbrook and Patel, is GRANTED, and Plaintiff's claims against Defendants Holbrook and Patel are DISMISSED WITH LEAVE TO AMEND; (2) Plaintiff's motion for default judgment against Defendant Suarez is DENIED; (3) Defendant Suarez' motion to set aside default is GRANTED; (4) Plaintiff may file a second amended complaint that cures the pleading defects outlined in the Report, is complete in itself without reference to any prior complaint or any other document and does not add any new claims or new defendants without obtaining prior leave of the Court, no later than **sixty (60)** days from the date of this Order; (5)  If Plaintiff fails to timely file a Second Amended Complaint, Plaintiff's claims against Defendants Holbrook and Patel will be dismissed with prejudice; and (6) Defendant Suarez must file a response to any Second Amended Complaint filed by Plaintiff no later than twenty-one (21) days after the Second Amended Complaint is filed, or if Plaintiff does not file a Second Amended Complaint, Suarez must file a response to the First Amended Complaint no later than **eighty-one (81)** days from the date of this Order.

\\

\\

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: January 21, 2026

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE